UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ALBERT PATTERSON, doing business as WORLD WRESTLING SUPERSTARS OF WRESTLING, INC. and doing business as W.W.A SUPERSTARS, | 06-3555 |
| Plaintiff - Appellant | On Appeal from the Eastern District of Wisconsin Case No. 02:03 cv 00374 |
| v. | |
| WORLD WRESTLING ENTERTAINMENT, INC. GOOD HUMOR CORPORATION, et al. | |
| Defendants-Appellees | |

PLAINTIFF-APPELLANT'S MOTION TO DISMISS APPEAL

Plaintiff-Appellant, by and through his counsel, Charles Drake Boutwell, states that the parties have resolved the appeal by settlement agreement and moves pursuant to Fed. R. App P. 42(b) that the Court dismiss the appeal with prejudice with each side to bear its own costs.

Respectfully submitted,

ALBERT PATTERSON

By Charles Drake Boutwell

CERTIFICATE OF SERVICE

I, Charles Drake Boutwell, certify that I served a copy of this motion on Mr. Curtis Krasik, KIRKPATRICK & LOCKHART 535 Smithfield Street, Pittsburgh, Pennsylvania 15222, counsel for Defendant-Appellee on January 8, 2010 via mail.

Charles Drake Boutwell